PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:03CR05336-01 AWI** |
| ) | |
| **Jennifer Yong Yang** ) | |
| ) | |

On February 22, 2005, the above-named was placed on Supervised Release for a period of 3 years. With the exception of her restitution, Ms. Yang has complied with the rules and regulations of supervision, including her reporting requirements. In reference to her restitution, Ms. Yang has regularly paid her restitution as agreed on September 26, 2005. Although Ms. Yang has a balance on her court ordered restitution, the amount is significant and will be deferred to the United States Attorney's Office Financial Litigation Unit (FLU). Accordingly, it is recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:   February 12, 2008
         Fresno, California
         jtp

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **BRUCE A. VASQUEZ
                    Supervising United States Probation Officer**

**Re:    Jennifer Yang**
       **Docket Number:   1:03CR05336-01 AWI**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 27, 2008**               /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG